Josephine Amatucci
PO Box 272
Wolfeboro Falls, NH 03896

Retail

U.S. POSTAGE PAID
FCM LG ENV
OSSIPEE, NH 03864
JAN 17, 2025

03301

RDC 99    $2.04

R2305K133762-50

United States District Court
District of New Hampshire
Office of the Clerk
55 Pleasant St.
Room 110
Concord, N.H. 03301