United States District Court
District of New Hampshire

Josephine Amatucci
v.
Richard M. Young, Individually
Carroll County Sheriffs Dept.
Officially

25-FP-10
Previous - 18-CV-1227

Right To A Speedy Trial

New Hampshire has a provision for the Elderly in a Civil Suit to a SPEEDY TRIAL.

Wherefore: Where there is NO NO dispute that the Plaintiff has a cause of action under 1983 for Excessive Force by the Defendants (Monell) as she clearly stated in the case under 18-CV-1227 there is/cannot be any dispute, any Bias decision of this Court to Deny the Plaintiff as allowed under the Federal Constitution under 1983 her Right to a Jury Jury Trial - an Expeditious Jury Trial by a Court of her Peers. Or this Court will be in violation of her Federal Civil Rights, in violation of the Law of the Land. As under the Federal Constitutional Civil Rights under a violation of her 4th and 14th Constitutional Rights she is allowed DAMAGES. NO IMMUNITY.

Respectively
Josephine Amatucci
Josephine Amatucci
C. Sheriffs Dept
January 28, 2025

P.S. Please see video of Young attacking me.

From: Josephine Amatucci
P.O. Box 292
Wolfeboro Falls, N.H. 03896

MANCHESTER NH 030
30 JAN 2025 PM 3 L

United States District Court
District of New Hampshire
Office of the Clerk
55 Pleasant St. Room 110
Concord, N.H. 03301