UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Josephine Amatucci

    v.                                              Case No. 25-cv-10-JL-TSM

Richard M. Young, Jr., et. al.

<u>ORDER</u>

After due consideration of the notices filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated March 12, 2025.

                                                       _____
                                                       Joseph N. Laplante
                                                       United States District Judge

Date: April 11, 2025

cc: Josephine Amatucci, pro se